

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 2 3 2025

KEVIN P WEIMER, Clerk
By Matthew A Deputy Clerk

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

KAI THORUP,
THE HALCYON HOUSE LLC,
and OBSIDIAN NINE LLC,
Plaintiffs,

v.

CITY OF COLLEGE PARK,
BIANCA MOTLEY BROOM,
JAMELLE E. McKENZIE,
RODERICK GAY,
TRACIE ARNOLD, and
JOSEPH CARN a/k/a JOE CARN,
Defendants.

**Civil Action No.
1:25-cv-07429-TWT**

## PROPOSED INTERVENOR RYAN KELLY'S MOTION TO INTERVENE

COMES NOW Proposed Intervenor Ryan Kelly, pro se, and moves under Federal Rule of Civil Procedure 24(a)(2) and, alternatively, Rule 24(b)(1)(B), for leave to intervene as a plaintiff in this action.

This case concerns the City of College Park's actions aimed at stopping the use of 2041 English Lane as sober-living housing. Proposed Intervenor Ryan Kelly holds the owner-side interest in that same property and alleges that the same

1

municipal actions disrupted the lease for the property and caused distinct owner-specific damages, including lost and unpaid rent.

As shown in the accompanying memorandum of law, declaration, and proposed complaint in intervention, the motion is timely, Proposed Intervenor Ryan Kelly claims a substantial interest relating to the property and transactions already at issue, disposition of this case without intervention may impair that interest as a practical matter, and the existing parties do not adequately represent the owner-side damages claim.

In the alternative, permissive intervention is appropriate because Proposed Intervenor Ryan Kelly's proposed claims share the same core facts and common questions of law with the existing action and will not unduly delay or prejudice the adjudication of the current parties' rights.

As required by Rule 24(c), a proposed complaint in intervention is filed with this motion. A proposed order is submitted herewith.

WHEREFORE, the proposed intervenor respectfully requests that the Court grant leave to intervene, direct the Clerk to docket the complaint in intervention, and award such further relief as the Court deems just and proper.

Respectfully submitted this _22_ day of _April_ , 2026.

/s/ Ryan Kelly

Ryan Kelly

1739 Saulter Rd.

Homewood, AL 35209

sigokelly@gmail.com

334-328-8419

Proposed Intervenor, pro se

Homewood , Al 35209

9589 0710 5270 2419 9480 48

**Retail**

U.S. POSTAGE PAID
FCM LG ENV
BIRMINGHAM, AL 35242
APR 21, 2026

30303

**$14.44**

**RDC 99**

S2324H503937-62

Richard B. Russell Federal
Building and U.S. Courthouse
75 Ted turner Drive, S.W.
Atlanta, GA. 30303-3309

CLEARED DATE
APR 23 2026
U.S Marshals Service
Atlanta, GA 30303