FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 2 3 2026

KEVIN P WEIMER, Clerk
By: _Matthew H_  Deputy Clerk

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF GEORGIA

# ATLANTA DIVISION

KAI THORUP,
THE HALCYON HOUSE LLC,
and OBSIDIAN NINE LLC,
Plaintiffs,

v.

CITY OF COLLEGE PARK,
BIANCA MOTLEY BROOM,
JAMELLE E. McKENZIE,
RODERICK GAY,
TRACIE ARNOLD, and
JOSEPH CARN a/k/a JOE CARN,
Defendants.

Civil Action No.
1:25-cv-07429-TWT

## EXHIBIT INDEX

Ryan Kelly intends to rely on the following exhibits in support of the motion

to intervene.

| Exhibit | Description |
|---------|-------------|
| A | Residential Rental Agreement and addenda for 2041 English Lane, including the personal guaranty of lease payments. |

1

| B | October 15, 2025 notice directing The Halcyon House to cease and desist and threatening civil penalties. |
| C | December 17, 2025 written decision denying the reasonable-accommodation request for 2041 English Lane. |
| D | January 2, 2026 letter stating the prior denial remained in effect and continued enforcement would apply. |
| E | HUD housing-discrimination complaint concerning the 2041 English Lane property. |