RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 23 2026

KEVIN P WEIMER, Clerk
By Matthew H Deputy Clerk

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF GEORGIA

### ATLANTA DIVISION

| | |
|---|---|
| KAI THORUP,<br>THE HALCYON HOUSE LLC,<br>and OBSIDIAN NINE LLC,<br>Plaintiffs, | **Civil Action No.**<br>**1:25-cv-07429-TWT** |

v.

CITY OF COLLEGE PARK,
BIANCA MOTLEY BROOM,
JAMELLE E. McKENZIE,
RODERICK GAY,
TRACIE ARNOLD, and
JOSEPH CARN a/k/a JOE CARN,
Defendants.

## [PROPOSED] ORDER GRANTING MOTION TO INTERVENE

This matter is before the Court on the motion of proposed intervenor Ryan Kelly to intervene in this action under Federal Rule of Civil Procedure 24. Having considered the motion and the record, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that:

1. The motion of Ryan Kelly to intervene is GRANTED.

1

2. The Clerk is DIRECTED to docket the proposed complaint in intervention of Ryan Kelly as of the date of this Order.

3. Ryan Kelly shall be treated as an intervenor-plaintiff in this action for all further proceedings.

4. Any response to the complaint in intervention shall be filed within the time allowed by the Federal Rules of Civil Procedure or further order of the Court.


SO ORDERED this ___ day of _____, 2026.


_____

THOMAS W. THRASH, JR.

United States District Judge