

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 2 3 2026

KEVIN P WEIMER, Clerk
By:
                    Deputy Clerk
Matthew A

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

KAI THORUP,
THE HALCYON HOUSE LLC,
and OBSIDIAN NINE LLC,
Plaintiffs,

v.

CITY OF COLLEGE PARK,
BIANCA MOTLEY BROOM,
JAMELLE E. McKENZIE,
RODERICK GAY,
TRACIE ARNOLD, and
JOSEPH CARN a/k/a JOE CARN,
Defendants.

Civil Action No.
1:25-cv-07429-TWT

## CERTIFICATE OF SERVICE

I certify that on ___21 Apr___, 2026, I served Ryan Kelly's motion to intervene, memorandum of law, supporting declaration, proposed complaint in intervention, proposed order, and any attached exhibits on all counsel of record and any unrepresented parties in this action by Certified Mail. I will complete the method used and the addresses or email addresses of any parties who were not served through CM/ECF before filing.

1

Respectfully submitted this _Cl_ day of _April_ , 2026.

/s/ Ryan Kelly

Ryan Kelly

1739 Saulter Rd.

Homewood, AL 35209

sigokelly@gmail.com

334-328-4819

Proposed Intervenor, pro se