

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 20 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |  |
|---|---|---|
| KAI THORUP, THE HALCYON HOUSE LLC, and OBSIDIAN NINE LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:25-cv-07429-TWT |
| CITY OF COLLEGE PARK, BIANCA MOTLEY BROOM, JAMELLE E. McKENZIE, RODERICK GAY, TRACIE ARNOLD, and JOSEPH CARN a/k/a JOE CARN, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**SUPPLEMENTAL DECLARATION OF RYAN KELLY IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO INTERVENE**

I, Ryan Kelly, declare under penalty of perjury under 28 U.S.C. § 1746 that the following is true and correct:

1. I am Proposed Intervenor Ryan Kelly. I make this supplemental declaration based on my personal knowledge.

2. I personally hold title to the real property located at 2041 English Lane, College Park, Georgia 30337.

1

3. I seek intervention only in my individual capacity. I do not seek to represent 2041 English Lane, LLC, and I do not seek relief on behalf of that entity.

4. After the City issued the October 15, 2025 zoning notice and later denied the requested accommodation, the tenant remained in possession of 2041 English Lane.

5. Although rent payments became delinquent, the lease and tenancy did not end merely because payments were delinquent.

6. The tenant remained in possession until March 23, 2026.

7. Before vacating, the tenant did not provide me with a formal written notice of surrender, abandonment, termination, or relinquishment of the leasehold.

8. I requested formal clarification from the tenant concerning its position regarding the tenancy, but no formal written notice ending or surrendering the tenancy was provided before the tenant vacated.

9. While the tenant remained in possession, the accommodation denial and related land-use dispute remained under active challenge, including through the review proceedings described by the City in its opposition.

10. Before March 23, 2026, it remained possible that the tenancy, the contemplated use of the property, or both might be preserved through ongoing proceedings or resolution of the dispute.

2

11. After the tenant vacated on March 23, 2026, my need to protect my individual owner-side property interests in this case became practically clear.

12. I filed my Motion to Intervene on April 23, 2026, thirty-one days after the tenant vacated.

13. My proposed intervention is based on direct injury to my personal ownership, use, rental opportunity, and housing-related interests in 2041 English Lane.

Exhibits A through D are true and correct copies of records produced by the City of College Park in response to open-records requests or otherwise obtained from City-produced records.

14. Exhibit A is a City-produced email page in which City Planner Lenise Lyons asked, "Can we cite the property owner and Halcyon House with a zoning code violation?"

15. Exhibit B is a City-produced email page in which City Planner Lenise Lyons wrote that, "at the minimum, zoning code violations should be issued to the property owner and the operator, who is Halcyon House."

16. Exhibit C is a City-produced attorney email page discussing enforcement steps including a formal Notice of Zoning Violation, administrative penalties, and injunctive relief if voluntary compliance was not achieved.

3

17. Exhibit D is the October 15, 2025 notice page threatening civil penalties of up to $1,000 per day and legal action seeking a mandatory injunction relating to the property.

18. Exhibit E is a true and correct copy of the Limited Warranty Deed showing that Tax Parcel ID 14-0163-0001-041-7 was conveyed to me, Ryan Kelly.

19. Exhibit F is a true and correct copy of the Fulton County property/tax record identifying the same parcel number, 14-0163-0001-041-7, as 2041 English Lane and listing Kelly Ryan as the owner.

20. Exhibit G is a true and correct screenshot of text messages between me and Kai Thorup regarding turnover of the property. The messages show that, as of March 19, 2026, turnover had not yet occurred, that Kai stated Monday would be good for turnover, and that on Sunday, March 22, 2026, I confirmed I would be in town the next day to meet him. The turnover occurred on Monday, March 23, 2026.

4

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of May, 2026.

/s/ Ryan Kelly
Ryan Kelly
1739 Saulter Rd.
Homewood, AL 35209
sigokelly@gmail.com
334-328-8419
Proposed Intervenor, pro se

5

# EXHIBITS A - G

# EXHIBIT A

City-produced email page in which City Planner Lenise Lyons asks whether the City can cite the property owner and Halcyon House with a zoning code violation.

**From:**       Sabrina Walters <SWalters@collegeparkga.gov>
**Subject:**    RE: Code Violation - Halfway House established in R-2 Medium Density Residential Zone
**To:**         Lenise Lyons
**Sent:**       October 8, 2025 3:32 PM (UTC-04:00)
**Attached:**   Fwd_ House bill 1073.eml, HB 1073.pdf

Lenis,

Please read the attachments. I had it on legal review. No immediate outcome.

---

**From:** Lenise Lyons <Lenise.Lyons@collegeparkga.gov>
**Sent:** Wednesday, October 8, 2025 2:40 PM
**To:** Sabrina Walters <SWalters@collegeparkga.gov>
**Subject:** Re: Code Violation - Halfway House established in R-2 Medium Density Residential Zone

Sabrina,

Can we cite the property owner and Halcyon House with a zoning code violation?
Sent from my iPhone

> On Oct 8, 2025, at 10:33 AM, Lauren < Privacy Information - O C G A > wrote:

Good morning,

I just wanted to check in on this issue. Where do we currently stand in the process? Has the property owner (Ryan Kelly) been contacted and made aware that the intended use of the property is illegal in College Park? Is there anything else you need from us?

I've seen the code enforcement trucks driving by, but I am not sure what they are looking for. The men who are moving in/setting up the house are usually there in the afternoons and on the weekends.

I can provide contact information for Ryan Kelly (property owner) as well as the company, Halcyon House, owner Kai Thorup. They have continued to move in and to promote the sober living group home on social media.

https://www.instagram.com/the.halcyon.house/
https://atlanta.craigslist.org/atl/sub/d/atlanta-the-halcyon-house-sober-living/7883493341.html
https://thehalcyonhouse.org/

Thank you,

**Lauren** Hartley

> On Fri, Oct 3, 2025 at 4:39 PM Lauren < Privacy Information - O C G A > wrote:

> Yes, we can't thank y'all enough for your quick response and immense help!!

3

# EXHIBIT B

City-produced email page stating that, at minimum, zoning code violations should be issued to the property owner and the operator.

*Where Local Governments Turn for Legal Insight*

Privacy Information - O.C.G.A. 50-18-72(a)(20)(A)

100 Hartsfield Centre Pkwy, Suite 400, Atlanta, Georgia 30354

## Connect With Us:

Website | Facebook | X (Twitter) | LinkedIn |

Confidentiality Notice: This e-mail, including attachments, contains information from the law firm of Denmark Ashby Matricardi and is intended solely for the use of the named recipient(s). This communication, including attachments, may contain information that is confidential and protected by the attorney/client and/or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments, without reading or saving it in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. In the absence of an executed fee agreement or engagement letter, there is no attorney-client relationship created by this communication. If you have received this e-mail in error, please immediately notify the sender of the e-mail or call (770) 478-9950.

**From:** Lenise Lyons <Lenise.Lyons@collegeparkga.gov>
**Sent:** Thursday, October 9, 2025 11:17:30 AM
**To:** Elle Whigham <ewhigham@dam.law>; Bianca Motley Broom <bmotleybroom@collegeparkga.gov>; Lindell Miller <Lindell.Miller@collegeparkga.gov>; Sabrina Walters <SWalters@collegeparkga.gov>; Alencia Carter <Alencia.Carter@collegeparkga.gov>; Kenneth Brown <Kenneth.Brown@collegeparkga.gov>; Winston Denmark <wdenmark@dam.law>
**Cc:** Jamelle McKenzie <jmckenzie@collegeparkga.gov>
**Subject:** Re: Follow-Up on English Lane Code Violation

@Elle,

You're correct that R-2 does not allow either group homes, halfway houses, or rooming houses by right or conditional use. There has been no application approved application for these uses or active application for business license.

A little over a week ago, the neighbors adjacent to this home began contacting City departments and officials about this issue.   I believe that Code Enforcement has investigated but I'm not sure if any citations have been issued. I think at the minimum, zoning code violations should be issued to the property owner and the operator, who is Halcyon House.

**Lenise Lyons, AICP, JustCommunities AP**

**City Planner**

City of College Park · Planning and Growth Management

3667 Main Street, College Park, Georgia 30337

(o) 404-767-1537 or Ext. 1814 · (m) 470-716-0065

lenise.lyons@collegeparkga.com

www.collegeparkga.com

5

# EXHIBIT C

City attorney email page discussing formal Notice of Zoning Violation, administrative penalties, and injunctive relief.

either by right or conditional use. As a result, the operation is prohibited by default, and no special or conditional use permit can be lawfully granted under the current zoning code.

Although Section 6.12 of the zoning ordinance sets standards for group homes and halfway houses, that section is only applicable in districts where such uses are permitted, which is not the case here. Compliance with those operational standards (e.g., parking, safety, spacing) cannot legitimize an otherwise unlawful use.

In addition to the zoning issue, there is no occupational tax certificate or business license on record for the operator, which constitutes a separate violation under Chapter 11 of the City Code and O.C.G.A. § 48-13-26.

We are also reviewing parking and life-safety concerns, as the current use is creating congestion and hazards that further support enforcement action.

Next steps will **likely** include issuing a formal Notice of Zoning Violation, initiating code enforcement inspections, and coordinating with business licensing for administrative penalties. If voluntary compliance is not achieved, the City has authority under Article 15 to pursue injunctive relief in Superior Court.

I'll be in touch shortly with finalized documents and recommendations for action.

Thanks,

**Elle Whigham,** Associate
*Where Local Governments Turn for Legal Insight*



### Denmark Ashby & Matricardi
ATTORNEYS

100 Hartsfield Centre Pkwy, Suite 400, Atlanta, Georgia 30354

**Connect With Us:**
Website | Facebook | X (Twitter) | LinkedIn |

Confidentiality Notice: This e-mail, including attachments, contains information from the law firm of Denmark Ashby Matricardi and is intended solely for the use of the named recipient(s). This communication, including attachments, may contain information that is confidential and protected by the attorney/client and/or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments, without reading or saving it in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. In the absence of an associated fee agreement or engagement letter, there is no attorney-client relationship created by this communication. If you have received this e-mail in error, please immediately notify the sender of the e-mail or call

---

**From:** Sabrina Walters <SWalters@collegeparkga.gov>
**Date:** Friday, October 10, 2025 at 9:25 AM
**To:** Elle Whigham <ewhigham@dam.law>, Lenise Lyons <Lenise.Lyons@collegeparkga.gov>, Bianca Motley Broom <bmotleybroom@collegeparkga.gov>, Lindell Miller <Lindell.Miller@collegeparkga.gov>, Alencia Carter <Alencia.Carter@collegeparkga.gov>, Kenneth Brown <Kenneth.Brown@collegeparkga.gov>, Winston Denmark <wdenmark@dam.law>
**Cc:** Jamelle McKenzie <jmckenzie@collegeparkga.gov>
**Subject:** RE: Follow-Up on English Lane Code Violation

Elle,

No it has not.

# EXHIBIT D

October 15, 2025 Notice of Zoning Violations page threatening daily civil penalties and mandatory injunctive relief.



**SENT VIA CERTIFIED U.S. MAIL & ELECTRONIC MAIL**

To:         The Halcyon House LLC
               Attn: Kai Thorup
               Registered Address: 3390 Peachtree Road NE, Suite 320, Atlanta, GA, 30326
               Principal Address: 4413 Sublime Trail, Atlanta, GA, 30349
               Violation Address: 2041 English Lane, College Park, Georgia 30337
               kaithorup@gmail.com

From:      City of College Park, Georgia
               Office of the City Planner
               3667 Main Street
               College Park, Georgia 30337

Date:       October 15, 2025

Subject:    **NOTICE OF ZONING VIOLATIONS REGARDING PROPERTY
               LOCATED AT 2041 ENGLISH LANE, COLLEGE PARK, GEORGIA 30337**

---

Dear Mr. Thorup:

This letter serves as official formal notice ("Notice") that the property located at 2041 English Lane, College Park, Georgia 30337 ("Property") is in violation of the City's Zoning Ordinance.

Following investigation by the City Planner's Office and review of public records and digital advertisements, it has been determined that the Property is being used as a sober living facility, group home, or halfway house marketed as "The Halcyon House." This type of congregate living arrangement constitutes a use that is not permitted within the R-2 (Medium Density Residential) zoning district ("R-2 Zoning District") under the City's zoning code.

According to the City's Code of Ordinances ("Code"), Appendix A, Section 3.5, the R-2 Zoning District allows only certain low-density residential uses. Uses such as group homes, halfway houses, boarding houses, and other shared living or recovery facilities (see City Code, Appendix A, Sec. 1.4 "Definitions") are not listed as either permitted or conditional uses within Section 3.5 and are therefore prohibited. Accordingly, this unlawful use constitutes a violation of Appendix A, Section 15.7(d), which prohibits any use that does not comply with the provisions or intent of the zoning ordinance. In addition, there is no mechanism under current law for the applicant to apply for a conditional use permit for this use in the R-2 Zoning District. **Therefore, this use is not eligible for zoning approval in any form.**

9



You are hereby directed to **immediately cease and desist** the unlawful operation of all violations within Appendix A of the City's Code. You are provided fifteen (15) calendar days from the date of this Notice to bring the Property into full compliance with the zoning ordinance. Failure to cure this violation within the time allotted may subject you to civil penalties as authorized by Section 15.10, including fines of up to $1,000.00 per day, which may accrue for each day the violation continues beyond the deadline. Should voluntary compliance not be achieved, the City will initiate legal action seeking a mandatory injunction to enjoin the continued illegal use of the Property and to enforce full compliance with the City's zoning laws.

In accordance with Section 15.11 of the Zoning Ordinance, you have the right to appeal this Notice of Violation to the Board of Zoning Appeals. To do so, you must submit a written request for a hearing to the City Planner by Certified Mail within thirty (30) days of the date of this notice. Once filed, you will have up to six (6) months to complete the hearing process. If you fail to initiate or complete the appeal within this timeline, all fines and enforcement actions may proceed without further notice.

Thank you for your attention to this matter.

Sincerely,

Lenise Lyons, City Planner
City of College Park, Georgia
Lenise.lyons@collegeparkga.gov

# EXHIBIT E

Deed demonstrating Ryan Kelly is owner of property located at parcel 14-0163-0001-041-7.



ePN Recorded Electronically
Book 63232 p. 247
County FULTON
Date 2/24/2021
Time 3:05 PM

**RETURN TO:**
Hodge & Temple, PC
549-4 Amsterdam Ave
Atlanta, GA 30306

Tax Parcel ID: 14-0163-0001-041-7

# LIMITED WARRANTY DEED

This Indenture made this **24th day of February, 2021** between

### Steven R. Thompson

of the County of  Fulton, and State of Georgia, as party or parties of the first part, hereinafter called Grantor, and

### Ryan Kelly

as party or parties of the second part, hereinafter called Grantee (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits).

**WITNESSETH:** That the said GRANTOR, for and in consideration of the sum of Ten and No/100 DOLLARS, in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged has granted, bargained, sold and conveyed and by these presents do grant, bargain, sell and convey unto the said GRANTEE the following described property:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 163 OF THE 14TH DISTRICT OF FULTON COUNTY, GEORGIA BEING LOT 7, BLOCK A OF THE ENGLISH FOREST SUBDIVISION, PER PLAT RECORDED IN PLAT BOOK 60, PAGE 130, FULTON COUNTY, GEORGIA RECORDS, SAID PLAT IS INCORPORATED HEREIN AND MADE A PART HEREOF BY REFERENCE. Parcel ID Number: 14-0163-0001-041-7. Subject to any Easements or Restrictions of Record.

**TO HAVE AND TO HOLD** the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in any wise appertaining to, the only proper use, benefit and behoof of the said GRANTEE forever **IN FEE SIMPLE.**

**AND THE SAID** Grantor will warrant and forever defend the right and title to the above described property unto the said Grantee against the claims of Grantor and all others claiming by, through or under Grantor.

**IN WITNESS WHEREOF,** the Grantor has signed and sealed this deed, the day and year above written.

Signed, sealed and delivered in the presence of:

Unofficial Witness

Notary Public

Steven R. Thompson

12

# EXHIBIT F

Tax document linking parcel 14-0163-0001-041-7 to 2041 English Lane.

13

ul. 7, 2025
1:57 PM

ARCEL        14 -0163-0001-041-7                                              CARD NO.       1 OF   1      TAX YEAR        2025    TIEBACK
LT ID        1432723                      MAP/ROUTE                                          FIELD REVIEW FLAG

AX CODE             ZONING   R1          TAX DIST    15      COLLEGE PARK                          CITY CODE 15        -------- DWELLING DESCRIPTION --------
DDRESS    2041 ENGLISH LN                                                                                             Story Height              2.00
EIGHBORHOOD    1455          RESTRICTIONS                    /            /       ---------- SALES INFORMATION -------  EXT. WALL       1    FRAME
AND USE CODE    101          -------OWNER INFORMATION------                      DATE      TYPE         PRICE  SRC  VAL  STYLE          01    CONVENTIONAL
IVING UNITS        0             KELLY RYAN                                      24-FEB-21  2         398,000    6    0  YR BLT/RMDL/EFF        2004 /       /
LASS    R3                                                                       27-JAN-05  3               0    D    T  TOT RM   10  BDRM    4  FRMS  1
OOK/PAGE:   63232/0247                                                           27-JAN-05  3               0    D    T  FBTHS    4  HBTH    1  ADDN   6  TOT-FIX   20
----- PROPERTY FACTORS ------                                                                                         KIT/BATH RMDL
OPO     3 /  /      BELOW STREET   /LOW          /              --- ENTRANCE INFORMATION ---   BASEMENT         3    PART
TILITY  1 /  /                         /              /         DATE      CODE   INFO CD    ID   HEATING          4    CENTRAL WITH A/C
TR/RDS  1 /  /                         /              /         02/15/22   121             327   FUEL TYPE        1    GAS
RT    9                                                         11/08/06   F               000   SYSTEM           1    WARM AIR
OC    6                          SPOT LOC                %      03/02/05   2                JW    ATTIC            1    NONE
ARKING TYPE     2   QUANTITY    2   PROXIMITY         2                                                PHYS. COND       3    AVERAGE
VAIL   ON STREET       / ADEQUATE       / ADJACENT                                                     INTERIOR/EXTERIOR
----------------- BUILDING PERMIT RECORD -----------------      ------------- NOTES -----------   Masonry Trim                  0         0
ATE          NUMBER                   AMOUNT PURPOSE      O/C   NOTE CD:                           Unfinished Area               0         0
2/23/04    B 2595                     120,000 NR           1   NOTE CD:                            Recreational Room             0         0
                                                              NOTES:  F/C 11/06                    Finished Basement Liv:        0         0
                                                              NOTES:  AN FORECL2003 FINAN SALE 2004  Bsmt Finish                 0         0
                                                              NOTES:                               Fireplace - s    1 Fireplace open   1
                                                              NOTES:                               Fireplace - prefab            0      3425
-------- L A N D   D A T A  ---------    ------------------ C A L P  T A B L E ------------------------  BSMT.GAR.(NO CARS)            0         0
Y              AC/SQFT/UNIT                    BASE             BASE        INCR CHG                MISC O.F. DESC      QUAN.         0
E  LN  CD    FRONT DEPTH      PRICE INFL-FAC   SIZE CLASS       RATE       /DECR RSN    LAND-VAL    MISC O.F. DESC      QUAN.         0
:   1 1        31,085            4             25,000            .8         .26        126710       NOTES1
'RIMARY SITE                                  ADJ FACTOR (CA14)  5.8713    .26                      NOTES2
                                                                                                   G.F.L.A.                  1,446
                                                                                                   GRADE FACTOR    C         1.00
                                                                                                   COST/DESIGN FACTOR            %
                                                                                                   CDU                       AV
                                                                                                   --- C O N D O M I N I U M  D A T A ---
                                                                                                   LEVEL

                                                                                                   TYPE                      CLASS:
                                                                                                   VIEW                      RSN  :
                                                                                                   COMPLEX NO:

                                                                                                   MH substructure


                                                                                                   MH Roof Strcuture

'ROSS      LN CD         VALUE                    IN FL- FAC       LAND-VAL
'OTAL ACRES         .7136                         TOTAL LAND-VALUE        126,700
'OTAL SIZE          .7100 ACRES N/MDL   1     ZONE  25  LOC   0     UTILITY    1 STREET      1    MISC.IMPROV                          0
                    LAND ADJ             ADJ FACTOR (CA11)  1.0000   ADJ FACTOR (AA44)  1.0000    -------------------------------------------
                                                                                                 TOTAL OBY & MISC IMPROV. VALUE      0
                                                                                                 GROSS BUILDING SUMMARY
                                                                                                 DESCR              VALUE            0

```
u1. 7, 2025                    RESIDENTIAL / RURAL REVIEW DOCUMENT                    PAGE:   44822
1:57 PM                                              ...ON, GA                       CA320N
ARCEL    14 -0163-0001-041-7              CARD NO.      1 OF  1    TAX YEAR    2025   TIEBACK
LT ID    1432723           MAP/ROUTE              FIELD REVIEW FLAG
```

| | | |
|---|---|---|
| .F.L.A. | 1,446 | |
| .F.L.A. | 2,960 | |

-------- DWELLING COMPUTATIONS ----------

| | | | |
|---|---|---|---|
| ASE PRICE | | | 130,416 |
| ASEMENT | 3 | PART | -5,266 |
| EAT | 4 | CENTRAL W/A | 4,937 |
| LUMBING (TOT= | 20 | | 10,275 |
| TTIC | 1 NONE | ) | 0 |
| THER FEATURES | | | 3,425 |
| | | | |
| SUB TOTAL | | | 143,790 |
| RADE FACTOR | C | | 1.00 |
| & D FACTOR | | X | 0% |
| DU | | | AV |
| ASE RCN/SF | | 99.44 | 143,790 |
| SER FACTOR | | | 1.00 |
| SER AMOUNT | | | 0 |
| DDITIONS RCNLD | | | 10,320 |
| ERCENT GOOD | | X | 86% |
| UNCTIONAL DEP | | X | % |
| CONOMIC DEP | | X | % |
| CNLD PER SF | | 45.26 | 133,980 |
| ERCENT COMPLETE | | X | 100% |
| WELLING FACTOR | | X | 2.2383 |
| SUB TOTAL* | | | 299,890 |
| .B. & Y. VALUE | | | 0 |
| ROSS IMPRV. | | | 0 |
| OTAL CARD VALUE | | | 299,890 |
| ONDO BASE VALUE | | | 0 |
| ONDO ADJ. VALUE | | | 0 |

----- PARCEL SUMMARY COST VALUE --------

| | |
|---|---|
| OTAL LAND VALUE | 126,700 |
| OTAL BLDG VALUE | 299,900 |
| OTAL COST VALUE | 426,600 |

-------------- SKETCH VECTORS ---------------

```
A0CU41R20U2R16D8R10D19L22D11L12D5L12
A1R12CU5X12
A2D5R25CU5X22
A3R24CU16X22
A4R12U5R12U11R22U20CL10X5
A5U41R20U2CU2X12
A6U41R20U4CU10X12
```

-------------------- OBY VECTORS -------------------

------------------------------------------------ ADDITIONS ------------------------------------------------

| LINE | LOW | 1ST | 2ND | 3RD | AREA | YRBLT | EFFYR | GRADE | CDU | %COMP. | RSN | VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | | | | | 1446 | | | | | | | |
| 1 | 11 | 32 | | | 60 | | | | | | | 1,800 |
| 2 | 13 | 19 | | | 110 | | | | | | | 2,500 |
| 3 | 13 | | | | 352 | | | | | | | 5,000 |
| 4 | | 31 | | | 50 | | | | | | | 500 |
| 5 | | 16 | | | 24 | | | | | | | 1,000 |
| 6 | | 31 | | | 120 | | | | | | | 1,200 |

--------------- OTHER BUILDING & YARD IMPROVEMENTS ------------------

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| URRENT LAND | 126,700 | BUILDING | 299,900 TOTAL | 426,600 | TYP YR CLASS EFF SIZE GRD QN MODS CF %COMP MA% VALUE | | | | |
| SSESSED LAND | 0 | BUILDING | 0 TOTAL | 0 | | | | | |
| EVIEW CODE | 1 COST APPROACH | REVIEW REASON | | | | | | | |
| EVIEW DATE | 15-FEB-22 | REVIEWER ID | 327 | | | | | | |

| | | | |
|---|---|---|---|
| STIMATE LAND | _____ | BUILDING _____ | TOTAL _____ |
| EVIEW CODE | ___ | REVIEW REASON _____ | |
| EVIEW DATE | _____ | REVIEWER ID _____ | |

ATA MAILER:   SENT 00/00/00    RECEIVED 00/00/00    MAINTAINED ON  20-AUG-24

# EXHIBIT G

Text messages supporting turnover of property on March 23, 2026.

16

 

machine in the garage.  Actively king to sell it no too wy to move with uck, movers, destination

**Kai ›**

You can leave it or take it, but I need to reclaim the property.

How about I give you $100 for it and we close the deal so I can move forward with suing the city.

Thu, Mar 19 at 11:13 AM

It's a $1600 machine.  Someone is meant to pick up the machine with a truck Saturday. Or I will get a U-Haul and take it away. Otherwise the house is virtually empty.

Ok, I really appreciate that. So is Monday good for turnover?

Yes.  Monday and I'll have it clear regardless.

Great, I'll see you then.

Sun, Mar 22 at 4:50 PM

Hey, I'm going to be in town about 4:00 pm tomorrow to meet you. Is that good for you?

17