IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

KAI THORUP, THE HALCYON HOUSE, LLC, )
and OBSIDIAN NINE, LLC, )
    Plaintiffs, )
      )
    and )
      )
RYAN KELLY, )
    Intervenor (proposed), )
    v. ) Civ. Action No. 1:25-cv-07429
      )
CITY OF COLLEGE PARK, BIANCA MOTLEY )
BROOM, JAMELLE E. MCKENZIE, )
RODERICK GAY, TRACIE ARNOLD, and )
JOSEPH CARN a/k/a JOE CARN, )
    Defendants. )

## MOTION FOR LEAVE TO FILE WITH THIS COURT DECISIONS FROM RELATED STATE COURT ACTIONS

COME NOW Plaintiffs Kai Thorup, Halcyon House, LLC, and Obsidian Nine, LLC ("Plaintiffs"), by and through undersigned counsel, and respectfully move this Court for leave to file with this Court certain decisions entered in related actions pending in the Superior Court of Fulton County, Georgia. In support of this Motion, Plaintiffs show the Court as follows:

1. Plaintiffs seek leave to file two recent decisions issued by the Fulton County Superior Court in related state-court proceedings involving The Halcyon House, LLC and the City of College Park. The decisions address matters that overlap with, or bear directly upon, issues raised in the above-captioned federal action.

2. First, in *The Halcyon House LLC v. College Park, et al.*, Civil Action No. 26CV000443, pending in the Superior Court of Fulton County, the state court entered an interim ruling on June 12, 2026 remanding the City of College Park's denial of The Halcyon House LLC's request for a reasonable accommodation back to the City because the City failed to comply with the Zoning Procedures Act. On June 17, 2026, the balance of that state-court case was stayed pending resolution of the case sub judice. See Exhibit A hereto.

3. Second, in *The Halcyon House LLC v. College Park*, Civil Action No. 26CV002059, pending in the Superior Court of Fulton County, the state court entered a final order on June 5, 2026 reversing the Board's affirmance of the October 15, 2025 Notice of Zoning Violations. In that final order, the Superior Court found: "Lacking sufficient evidence to support its final decision, the Board's affirmance of the October 15, 2025 Notice of Zoning Violations is reversed." See Exhibit B hereto.

4. Plaintiffs submit that these state-court decisions are relevant to the motion to dismiss presently before this Court and should be made part of the record for the Court's consideration. Filing the decisions will assist the Court in understanding the procedural posture of the related state proceedings and the rulings that have already been entered concerning the City's actions.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs leave to file the decisions entered in the related Fulton County Superior Court actions identified above, together with such other and further relief as the Court deems just and proper.

Dated this 25th day of June 2026.

*Counsel,*
For the Plaintiffs,

*/s/Ian Neubauer*
Ian Neubauer, Esq. (GA Bar#127513) 650
Saddle Creek Circle
Roswell, GA 30076
ian.neubauer@dynamisrg.com tel.
770-633-4905


*Pro Hac Vice counsel,*
For the Plaintiffs,

*/s/Andrew J. Tine*
Andrew J. Tine, Esq. (MA Bar #633639)
Law Office of Andrew J. Tine
18 Maple Avenue, Suite 267
Barrington, RI 02806
atine@tinelaw.com tel.
401-396-9002

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, the undersigned

certifies that this Motion was prepared in Times New Roman, 14-point font, in

compliance with Local Rule 5.1.


*/s/ Andrew J. Tine*

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 25th day of June 2026, I electronically filed the foregoing Motion for Leave to File with this Court Decisions from Related State Court Actions with the Clerk of Court using the Court's CM/ECF system, which will automatically send notification of such filing to all counsel of record who are registered CM/ECF participants. Respectfully submitted,

*/s/ Andrew J. Tine*