# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KAI THORUP, THE HALCYON HOUSE, LLC, and OBSIDIAN NINE, LLC, | |
| Plaintiffs, | |
| and | |
| RYAN KELLEY, | CIV. ACTION NO. 1:25-cv-07429 |
| Intervenor (proposed), | The Honorable Thomas W. Thrash, Jr. |
| vs. | **JURY TRIAL DEMANDED** |
| CITY OF COLLEGE PARK, BIANCA MOTLEY BROOM, JAMELLE E. MCKENZIE, RODERICK GAY, TRACIE ARNOLD, and JOSEPH CARN, also known as Joe Carn, | |
| Defendants. | |

## NOTICE AND CERTIFICATE OF
## CONSENT TO WITHDRAW AND SUBSTITUTE
## COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.1(E), Defendants

City of College Park, Bianca Motley Broom, Jamelle E. McKenzie, Roderick Day,

Tracie Arnold, and Joseph Carn (*collectively*, "Defendants") consent to the

withdrawal of Jacquita L. Parks, Esq., and Earle Turner, Esq., who are no longer associated with the law firm of Denmark Ashby Matricardi LLC ("Firm") and substitute T. Orlando Pearson, Esq., and Chandaralen Phe, Esq., ("Substitute Counsel") of the Firm as Counsel of Record for Defendants in the above-captioned case. In this regard, Defendants have been advised of the applicable items set forth in Local Rule 83.1(E). Attorney Winston A. Denmark, Esq., and Wallace Washington, Esq., will continue to represent Defendants as Counsel of Record in this matter. Copies of all further notices, papers, pleadings, orders, and other documents filed or served upon Defendants should also be addressed to:

Winston A. Demark, Esq.,
T. Orlando Pearson, Esq.,
Washington Wallace, Esq.,
Chandaralen Phe, Esq.,
DENMARK ASHBY MATRICARDI LLC
100 Hartsfield Center Parkway, Suite 400
Atlanta, Georgia 30354
Email:  wdenmark@dam.law
Email:  tpearson@dam.law
Email: wwashington@dam.law
Email:  cphe@dam.law

*[SIGNATURE ON THE FOLLOWING PAGE]*

Page 2 of 4
Thorup, *et al.* v. City of College Park, *et al.*, Civ. Action No. 1:25-cv-07429
Defendants' Notice and Certificate of Consent to Withdraw and Substitute Counsel of Record

Respectfully submitted, this 27th day of June 2026.

**DENMARK ASHBY MATRICARDI LLC**

WINSTON A. DENMARK
Georgia Bar No. 211751
T. ORLANDO PEARSON
Georgia Bar No. 180406
WALLACE WASHINGTON
Georgia Bar No. 738990
CHANDARALEN PHE
Georgia Bar No. 686706
100 Hartsfield Center Parkway, Suite 400
Atlanta, Georgia 30354
Phone: (770) 478-9950
Email: wdenmark@dam.law
Email: tpearson@dam.law
Email: wwashington@dam.law
Email: cphe@dam.law

*Counsel for Defendants City of College Park,*
*Bianca Motley Broom, Jamelle E. McKenzie,*
*Roderick Gay, Tracie Arnold, and Joseph Carn*

Page 3 of 4
Thorup, *et al.* v. City of College Park, *et al.*, Civ. Action No. 1:25-cv-07429
Defendants' Notice and Certificate of Consent to Withdraw and Substitute Counsel of Record

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

KAI THORUP, *et al.*,

    Plaintiffs,

    and

RYAN KELLEY,

    Intervenor (proposed),

    vs.

CITY OF COLLEGE PARK, *et al.*,

    Defendants.

CIV. ACTION NO. 1:25-cv-07429

The Honorable Thomas W. Thrash, Jr.

**JURY TRIAL DEMANDED**

## LOCAL RULE CERTIFICATION

The undersigned certifies that this document has been prepared in accordance with Local Rule 5.1 and that the foregoing **NOTICE AND CERTIFICATE OF CONSENT TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD** has been filed using the CM/ECF system, which will notify the attorney(s) of record.

Respectfully submitted this 27th day of June 2026.

DENMARK ASHBY MATRICARDI LLC

T. ORLANDO PEARSON
Georgia Bar No. 180406

Page 4 of 4
Thorup, *et al.* v. City of College Park, *et al.*, Civ. Action No. 1:25-cv-07429
Defendants' Notice and Certificate of Consent to Withdraw and Substitute Counsel of Record