**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KAI THORUP, THE HALCYON HOUSE, LLC, and OBSIDIAN NINE, LLC,<br><br>Plaintiffs,<br><br>and<br><br>RYAN KELLEY,<br><br>Intervenor (proposed),<br><br>vs.<br><br>CITY OF COLLEGE PARK, BIANCA MOTLEY BROOM, JAMELLE E. MCKENZIE, RODERICK GAY, TRACIE ARNOLD, and JOSEPH CARN, also known as Joe Carn,<br><br>Defendants. | CIV. ACTION NO. 1:25-cv-07429<br><br>The Honorable Thomas W. Thrash, Jr.<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE – CHANDARALEN PHE**

COMES NOW Chandaralen Phe and enters, pursuant to Local Rule 83.1, an appearance as Counsel of Record on behalf of Defendants City of College Park ("City" or "College Park"), Bianca Motley Broom, Jamelle E. McKenzie, Roderick

Day, Tracie Arnold, and Joseph Carn (*collectively*, "Defendants") and states her

contact information as follows:

CHANDARALEN PHE
Georgia Bar No. 686706
Denmark Ashby Matricardi LLC
100 Hartsfield Center Parkway, Suite 400
Atlanta, Georgia 30354
Telephone:  (770) 478-9950
Email:  cphe@dam.law

Respectfully submitted, this 17th day of July 2026.

**DENMARK ASHBY MATRICARDI LLC**

*/s/Chandaralen Phe*
WINSTON A. DENMARK
Georgia Bar No. 211751
T. ORLANDO PEARSON
Georgia Bar No. 180406
WALLACE WASHINGTON
Georgia Bar No. 738990
CHANDARALEN PHE
Georgia Bar No. 686706
100 Hartsfield Center Parkway, Suite 400
Atlanta, Georgia 30354
Phone:  (770) 478-9950
Email:  wdenmark@dam.law
Email:  tpearson@dam.law
Email:  wwashington@dam.law
Email:  cphe@dam.law

*Counsel for Defendants City of College Park,*
*Bianca Motley Broom, Jamelle E. McKenzie,*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KAI THORUP, *et al.,* | |
| Plaintiffs, | CIV. ACTION NO. 1:25-cv-07429 |
| and | |
| RYAN KELLEY, | The Honorable Thomas W. Thrash, Jr. |
| Intervenor (proposed), | **JURY TRIAL DEMANDED** |
| vs. | |
| CITY OF COLLEGE PARK, *et al.,* | |
| Defendants. | |

### NOTICE OF APPEARANCE – CHANDARALEN PHE

The undersigned certifies that this document has been prepared in accordance with Local Rule 5.1 and that the foregoing **Notice of Appearance** has been filed using the CM/ECF system, which will notify the attorney(s) of record.

Respectfully submitted, this 17th day of July 2026.

DENMARK ASHBY MATRICARDI LLC

*/s/Chandaralen Phe*
CHANDARALEN PHE
Georgia Bar No. 686706