**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| KAI THORUP, THE HALCYON HOUSE LLC, and OBSIDIAN NINE LLC, | ) | |
| Plaintiffs, | ) | |
| and | ) | |
| RYAN KELLY, | ) | |
| Intervenor (proposed), | ) | CIVIL ACTION FILE NO. 1:25-cv-07429-TWT |
| v. | ) | |
| CITY OF COLLEGE PARK, BIANCA MOTLEY BROOM, JAMELLE E. MCKENZIE, RODERICK GAY, TRACIE ARNOLD, and JOSEPH CARN a/k/a JOE CARN, | ) | |
| Defendants. | ) | |

**ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE AND SERVE A SECOND AMENDED COMPLAINT AND JURY DEMAND**

After review of the motion and any opposition thereto, the Court finds that leave should be granted, as the factual developments occurring while this case is pending, mainly the October 5, 2026 denial of the requested reasonable accommodation after remand by the Superior Court of Fulton County, are relevant to the matters in dispute, and further, it would not be futile to allow the

amendment. As such, the motion for leave to file and serve a Second Amended Complaint and Jury Demand is **GRANTED** and Plaintiffs' are instructed to file same within (5) days of the date of this Order. Further, the pending Motion to Dismiss the First Amended Complaint (Doc. 19) is **DENIED** as moot and the Plaintiffs' Motion for Leave to File Decisions (Doc. 30) is also **DENIED** as moot.

This _______ day of ________________, 20___.

________________________________________
UNITED STATES DISTRICT JUDGE